UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANARD ZELRON BANKS                                        CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                                    NO. 23-00382-BAJ-RLB

### RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)**. Petitioner, an inmate confined at Catahoula Correctional Center in state custody, filed this Petition seeking to be returned to federal custody (Doc. 1). The Magistrate Judge has now issued a **Report and Recommendation (Doc. 3, the "Report")**, recommending that Petitioner's application for habeas corpus relief be dismissed, without prejudice, because Petitioner has failed to exhaust his administrative remedies, thus depriving the Court of jurisdiction in this matter. (*See* Doc. 3 at p. 3–5). Petitioner's deadline to object to the Report has passed, without any objection from Petitioner.

Having carefully considered the Petition, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)** be and is hereby **DISMISSED WITHOUT PREJUDICE.**

Judgment shall issue separately.

Baton Rouge, Louisiana, this 29th day of August, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**